THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CRUZ, Appellant.

Defendant's contention to the contrary notwithstanding, the hearing court did not err in determining that suppression of the items which the police officer seized from his automobile was not warranted (*People v Prochilo,* 41 NY2d 759). Under the facts of this case, *People v Class* (63 NY2d 491, *cert granted* __ US __, 53 USLW 3702) is not a holding to the contrary.

Defendant's contention that the trial court abused its discretion in restricting defense counsel's examination of prospective jurors is without merit (*see, People v Pepper,* 59 NY2d 353, 358-359; *People v Boulware,* 29 NY2d 135).

Finally, defendant's *Sandoval* contention lacks merit and, in any event, if any error was committed, it was harmless. Titone, J. P., Lazer, Thompson and Rubin, JJ., concur.